| *Attorney or Party without Attorney:*<br>NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>*Telephone No:* 318-487-9874      *FAX No:* 318-561-2591 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | |
| *Plaintiff:* FRANCIS J. ADAMS, et al. | | |
| *Defendant:* PFIZER, INC., et al. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1799 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:* 

   PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS

   b. *Person served:*

   MARGARET WILSON-PROCESS SPECIALIST

4. *Address where the party was served:*

   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 24, 2008 (2) at: 2:30PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. BENON DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $75.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*    3929
      (iii) *County:*              Los Angeles
      (iv)  *Expiration Date:*     Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri., Apr. 25, 2008

Judicial Council Form POS-010                    PROOF OF SERVICE                    (BENON DEMIRCHYAN)
Rule 2.150.(a)&(b) Rev January 1, 2007           SUMMONS & COMPLAINT                  200865317.nebars.66242