| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>Telephone No: 318-487-9874  FAX No: 318-561-2591<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: FRANCIS J. ADAMS, et al.
Defendant: PFIZER, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1799 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:        PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   b. Person served:       MARGARET WILSON-PROCESS SPECIALIST

4. Address where the party was served:    818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                   d. *The Fee for Service was:*  $75.00
   b. COUNTRYWIDE PROCESS, LLC           e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112              (i) Independent Contractor
      VALLEY VILLAGE, CA 91607                   (ii) Registration No.:    3929
   c. (818) 980-7378, FAX (818) 980-5358         (iii) County:             Los Angeles
                                                 (iv) Expiration Date:     Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 16, 2008

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | (BENON DEMIRCHYAN)<br>200864627.nebars.65539 |
|---|---|---|